

Reinhart Boerner Van Deuren s.c.
80 South 8th Street, Suite 900
Minneapolis, MN  55402

Telephone:  612.225.4001
Facsimile:  414.298.8097
reinhartlaw.com

June 25, 2024

Amanda R. Cefalu
Direct Dial: 612-225-4033
ACefalu@reinhartlaw.com

**VIA ECF**

Court Administrator – Civil Division
United States District Court
300 South 4th Street, Suite 200
Minneapolis, MN 55415

    RE:    *Cement Masons, Plasterers and Shophands Service Corp. vs. Wenrich PD Construction, LLC, et al.*
            United States District Court District of Minnesota

            Civil File No.: 22-cv-315 (ECT/JFD)
            Our File No.: 022383.0013

Dear Court Administrator:

    Our office represents Plaintiff in the above-referenced matter, who obtained a Judgment in a Civil Case against Defendant Wenrich PD Construction, LLC on September 8, 2022. The current balance of the judgment, which includes post-judgment interest, is now $14,617.79.

    We ask that you issue the Proposed Writ of Execution e-filed contemporaneously with this letter.

    Thank you for your assistance with this matter.

                                  Sincerely,

                                  Amanda R. Cefalu

51997286