

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN  55101 (651) 848-1100 | Diana E. Murphy U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street, Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

## WRIT OF EXECUTION
## INSTRUCTIONS TO COUNSEL

A Writ of Execution may be issued 14 days after the entry of the judgment. A request to issue a writ of execution should be filed on CM/ECF. There is no charge for issuance.

The Writ of Execution form will be issued through CM/ECF upon filing of the request to issue the writ. Pursuant to **FRCvP Rule 69** the procedures on or in aid of execution are in accordance with the practice and procedure of the state in which the district court is held . Please refer to Minnesota Statutes, Chapter 550 Executions, Redemption, Exemptions.  Refer to **FRCvP Rule 62(a)** regarding a stay of proceedings to enforce a judgment.

The execution form must list the original amount of judgment.  If the judgment is partially satisfied, add the following statement behind the judgment amount: **"Partially satisfied in the sum of $_____ on _____."**

Upon completion, the writ is to be filed on CM/ECF and the Clerk's Office will verify and issue the writ of execution via CM/ECF.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# WRIT OF EXECUTION

Case Number: 22-cv-315 (ECT/JFD)

**TO THE MARSHAL, SHERIFF OR OTHER DESIGNATED PERSON:**

COUNTY, STATE OF MINNESOTA

| |
|---|
| YOU ARE HEREBY COMMANDED, that of the goods, chattels, lands and tenements in your district |
| belonging to Wenrich PD Construction, LLC |
| you cause to be made and levied as well a certain debt of    $ 14,617.79 |
| AMOUNT OF JUDGMENT: |
| $14,617.79, includes post-judgment interest |
| in the United States District Court for the District of Minnesota, before the Judge of said Court by the consideration of the same Judge lately recovered against the said    Wenrich PD Construction, LLC. and also the costs that may accrue under this writ. And that you have above listed moneys at the place and date listed below; and that you bring this writ with you. |

| | | | |
|---|---|---|---|
| PLACE: | U.S. District Courthouse | DISTRICT: | Minnesota |
| CITY: | Minneapolis | DATE: | |

Witness the Honorable: Eric C. Tostrud

| DATE: | CLERK OF COURT: | KATE M. FOGARTY |
|---|---|---|
| | (By) DEPUTY CLERK: | |

**RETURN**

| DATE RECEIVED: | DATE OF EXECUTION OF WRIT: |
|---|---|
| **This writ was received and executed.** | |
| US Marshal or Sheriff | (by) Deputy Marshal or Deputy Sheriff |
| or Other Official | title: |